IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **KELVIN DEMOND MCCRAE,** : | |
| Plaintiff : | |
| v. : | CASE NO. 7:07-CV-103 (HL) |
| **Officer ZACKY STEPHEN, et al,** : | |
| Defendants : | |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 32) filed February 5, 2009 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 4th day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**